THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY W. HOPKINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE<br>COMPANY,<br><br>　　　　Defendant. | CASE NO. C15-2014-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to continue trial from April 3, 2017 to August 7, 2017 (Dkt. No. 34). The Court finds good cause to continue trial and allow further depositions to be taken. Plaintiff's motion to continue trial (Dkt. No. 34) is GRANTED. Trial is continued to July 10, 2017. Parties have 45 days from the date of this Order to complete any remaining depositions.

//

//

//

//

MINUTE ORDER C15-2014-JCC
PAGE - 1

DATED this 27th day of February 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk